# Proceeding Minutes / Proceeding Memo

**Case #:** 23-50824     **Case Name:** Elizabeth Ann Ruth

**Set:** 05/01/2025 10:00 am   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 4/3/2025 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 04/24/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.  (Dkt. #50)

Response filed by the Debtor (Dkt. #51) - AGREED ORDER TO BE SUBMITTED BY CUNTZ; EMAIL RECEIVED FROM CUNTZ'S OFFICE

---

Minute Entry Re: (related document(s): [50] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order due by 05/15/2025. Email received from Cuntz's office. (srw)