# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Elizabeth Ann Ruth**  Case No. **23-50824**
Debtor(s)  Chapter **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **February 6, 2026**         **/s/ Elizabeth Ann Ruth**
                                    **Elizabeth Ann Ruth**
                                    Signature of Debtor

```
ELIZABETH ANN RUTH              FLEX SHOPPER                    OSCHNER HEALTH SYSTEM
410 NORTH SEAL AVE              2700 N MILITARY TRAIL           P.O. BOX 61838
LONG BEACH, MS 39560            STE 200                         NEW ORLEANS, LA 70161
                                BOCA RATON, FL 33431

THOMAS C. ROLLINS, JR.          JOHN RUTH                       SUNBELT MEDICAL SOLUTI
THE ROLLINS LAW FIRM, PLLC      410 N SEAL AVE                  450 E PASS RD
P.O. BOX 13767                  LONG BEACH, MS 39560            STE 107
JACKSON, MS 39236                                               GULFPORT, MS 39507

AMERICAN MUNICIPAL SVC          LINCARE                         THE 1ST-ANBA
P.O. BOX 118312                 14231 SEAWAY RD                 6480 HWY 98 W
CARROLLTON, TX 75011            STE D2                          HATTIESBURG, MS 39402
                                GULFPORT, MS 39503

AMR                             MEMORIAL HOSPITAL               VELOCITY INVESTMENTS
17000 DALLAS PKWY               PO BOX 1810                     ATTN: BANKRUPTCY
STE 204                         GULFPORT, MS 39502              1800 ROUTE 34N
DALLAS, TX 75248                                                SUITE 305
                                                                WALL, NJ 07719

CAPITAL ONE                     MONTGOMERY & LYNCH ***          WESTERN MANAGEMENT
ATTN: BANKRUPTCY                PO BOX 22720                    375 S COURTNEY PKWY
PO BOX 30285                    BEACHWOOD, OH 44122             STE 7
SALT LAKE CITY, UT 84130                                        MERRITT ISLAND, FL 32952

CREDIT ONE BANK                 MS DEPT OF REVENUE
ATTN: BANKRUPTCY                BANKRUPTCY SECTION
PO BOX 98873                    PO BOX 22808
LAS VEGAS, NV 89193             JACKSON, MS 39225-2808

DAD'S PAWN                      MS ORTHO INSTITUTE
3125 2ND AVE                    15190 COMMUNITY RD
GULFPORT, MS 39501              STE 120
                                GULFPORT, MS 39503

ERIC GERBER                     MS POWER
2082 BUCKLEY LN                 2829 13TH ST
ROUND ROCK, TX 78664            GULFPORT, MS 39501


FIRST PREMIER BANK              NAVIENT
ATTN: BANKRUPTCY                ATTN: CLAIMS DEPT
PO BOX 5524                     PO BOX 9500
SIOUX FALLS, SD 57117           WILKES BARRE, PA 18773-9500
```